BWB:EEA
F.#2015R01331

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHRIS KARADIMAS,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 16 00125
(T. 49, U.S.C., § 46506(1); T. 18,
U.S.C., §§ 113(a)(5), 2244(b) and
3551 et seq.)

CHEN, J.

GOLD, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Abusive Sexual Contact In The Special Aircraft Jurisdiction Of The United States)

On or about July 8, 2015, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Delta Airlines Flight Number 45, which originated in Athens, Greece and was bound for John F. Kennedy International Airport ("JFK") in the Eastern District of New York, the defendant CHRIS KARADIMAS did knowingly and intentionally engage in sexual contact with Jane Doe #1, an individual whose identity is known to the Grand Jury, without Jane Doe #1's permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 2244(b) and 3551 et seq.)

COUNT TWO
(Assault In The Special Aircraft Jurisdiction Of The United States)

On or about July 8, 2015, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Delta Airlines Flight Number 45, which originated in Athens, Greece and was bound for JFK in the Eastern District of New York, the defendant CHRIS KARADIMAS did knowingly and intentionally assault Jane Doe #1, by engaging in sexual contact with Jane Doe #1 without her permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

2